UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 0 1 2001

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

HENRYK SZWEDO AND
GRACE SZWEDO

VS.                         CASE NUMBER:   4 -01- CV _ 0672 JMM

COLUMBIA DOCTORS HOSPITAL
AND WAS KNOWN AS COLUMBIA HEALTH
SYSTEM OF ARKANSA
DELORISE KOCHER
CAROLYN DREW
MICHAEL D. HUCKABY, SR.
TIM BOONE
M.D. OTTIS EDGE
M.D. D.B. ALLAN

This case assigned to District Judge _____
and to Magistrate Judge _____

COMPLAINT AND DEMAND FOR A JURY TRIAL


Come the plaintiffs, Henryk and Grace Szwedo, and assert their complaint pro se
against Delorise Kocher, Carolyn Drew, Michael, D. Huckaby, Sr., Tim Boone, Ottis
Edge, D.B. Allan, and Columbia Doctors Hospital.

1.  Plaintiffs and all Defendants were residents of or were doing business in
    Pulaski County, Arkansas.  Every fact and occurrence material to this
    complaint took place in Arkansas, and this Court has in person and focus
    jurisdiction over the parties named herein and over the controversy involved.
    Furthermore, this Court has jurisdiction over this case pursuant accordingly
    RICO Civil and Criminal Law have been violated ; 18 United State Code Sec.
    1964(c) provides civil remedy, and jurisdiction is concurrent in this Court (see
    *Tafflin v. Levitt*).

2.  Prior to 21 September 1995, Henryk and Grace Szwedo, immigrants from
    Poland, who have been naturalized as citizens of this country, had been
    working as a Chemists in this country while raising four children.  In addition,
    Grace Szwedo had secured training in preparation for a career in pharmacy.



DOCUMENT
NUMBER
2
JAMES W. McCORMAC
CLERK OF COURT

Mrs. Grace Szwedo was expecting the birth of her fifth child. Her estimated delivery date was 23 September 1995; the date was confirmed by ultrasound testing. Mrs. Grace Szwedo did not experience any complications prior to 21 September 2001. There was *no* reason to induce labor. However, Dr. M. Cope ordered "Induce Delivery" without Grace Szwedo's consent and without explanation. Accordingly, Grace Szwedo appeared in Colombia Hospital on 21 September 1995. Dr. D.B. Allen was assigned as the primary physician since Dr. Cope went out of town. Dr. Edge, anesthesiologist, spend about five minutes with Mrs. Szwedo, administered epidural, and left the patient without care.

3. On 21 September 1995, Grace Szwedo was accompanied by her husband Henryk Szwedo. He likewise did not receive explanation about the risky procedures about to be performed on his wife. After two powerful drugs, epidural and pitocin, were administered to Grace Szwedo, her condition began deteriorating. Nobody came to rescue her. The bedside nurse could not overcome the problem. She called the doctors, but nobody arrived. She attempted to help Mrs. Szwedo by employing the mask of oxygen. The nurse was incompetent to monitor Mrs. Szwedo; the tasks belonged to the doctors. At about 12:11p.m. on 21 September 1995, Grace Szwedo suffered complete cardiac arrest. As a result of that Mrs. Szwedo plunged into a coma which lasted seven days; she was neurological unresponsive at that time. About two weeks later, Grace Szwedo was released from Colombia Doctor Hospital, having suffered severe and permanent brain damage as result for the care, or lack of it, she received at the hospital.

4. Colombia Doctor Hospital had independent legal responsibility to secure original medical record for at least two years or until the statue of limitation expired. However Fetal Heart Monitor (FHR), a curtail document, has been destroyed illegally before the state of limitations expired. It and still is unknown who delivered the original FHR to Smith Recycling Service on 4 April 1996, less than one year after Grace Szwedo was in the hospital.

Mrs. Delorise Kosher provided an affidavit on 14 June 2001; in it she stated that she copied the original FHR to a microfiche. In addition, she stated that the microfilm was processed in house and placed in the microfiche jacket on 29 February 1996. The microfiche copy of FHR which exist is *GROSSLY FABRICATED.*

5.  Henryk Szwedo and his former attorney requested information who destroyed FHR and placed in on microfiche since 1997. Mr. Hargis, Mr. Szwedo's attorney at the time, gave the affidavit of Mrs. Kosher to Mr. Szwedo on 10 September 2001.

6.  Two affidavits of experts Mr. J. Hicks and L. Taylor address the issue of fabrication of microfiche FHR. In addition Henryk Szwedo, as technical expert, proved indisputable discrepancies in microfiche copy of FHR.

7.  Mr. Huckaby, Sr. and Mr. Boone, attorneys for Columbia Doctors Hospital, did not provide a copy of FHR to Henryk Szwedo, who numerously requested it, even though they possessed the original medical record of Grace Szwedo. They also violated subpoenas, failing to provide microfiche copy of FHR to the Court for forensic examinations. They disregarded to answer who destroyed FHR and put original FHR on microfiche during the process of litigation. They violated the law rejected subpoenas power for deposition of Dr. Allan, Dr. Edge and C. Drew. Mr. Huckaby or Mr. Boone misled the lower court who altered EKG strip generated by computer by removing the time and date when Grace Szwedo went to cardiac arrest.

8.  Dr. Edge, Dr. Allan, and C. Drew misled the lower Court by providing the discrepancies existing in the microfiche copy of FHR, which was given to Mr. Szwedo by T. Jones in March of 2001.

The discrepancies found on the FHR copy which were neither explained by defendants nor can they be because they are physical impossibilities are as follows:

a.  The diamond indicating blood pressure (B/P) has been moved from 10:49am to 10:50am on 21 September 1995.

b.  B/P recorded by C. Drew on the Epidural Vital Sign sheet at 10:49am on 21

September 1995 was 115/61.  Contradictory, the FHR copy indicates the same B/P at 10:50 a.m.

c.  C. Drew recorded fetal heart beats (FHTs) on the Epidural Vital Sign sheet as 130-136, at 10:49a.m. but the FHR copy pattern is entirely different, indicating FHTs in the rage of 130-170.

d.  At 10:54am, C. Drew recorded B/P of 121/67 on the Epidural Vital Sign; the FHTs ranged from 135 to 138.  However, B/P on the FHR does not exist at all at 10:54 a.m.

e.  At 11:15am on 21 September 1995, the Nursing Labor Progress Record (NLPR) indicates FHTs in the range 130- 140.  The FHR copy at the same time indicates FHTs in the range 127 to 157.

f.  At 11:30 a.m. on 21 September 21 1995, NLBR indicates FHTs in the range 137-140 while the FHR copy shows FHTs from 129 to 131 at the exact same time.

g.  At 12:00 noon on 21 September 1995, the FHT noted in the NLPR is 130 while the FHR strip shows FHTs in the range 120-150.

h.  At 12:06 p.m. on 21 September 1995, C. Drew recorded FHT as 130 in the NLPR, but the FHT on the FHR is 106 to 140.

i.  At 12:09 p.m. on 21 September 1995, C. Drew did not recorded FHTs in the NLPR; the FHR copy indicates FHTs from 90 to 120.

j.  The last FHTs which was recorded by C. Drew on NLPR took place at 12:11p.m.on 21 September 1995.  After this time, C. Drew no longer recorded FHT beats anywhere in the medical record.

k.  Part of the FHR copy from microfiche, provided by defendants, must be held incredible in the time range from 12:20p.m. to 12:36 p.m. on 21 September 1995 for numerous reasons: (1) there are **two** diamonds at 12:30 pm, indicating B/P in one minute interval.  This is not possible; only **one** diamond per minute can exist.  (2)The diamond indicating B/P of 0/0 at 12:36 p.m. is located in its incorrect location.  This is technically impossible.

l.  The Resuscitation Summary sheet recorded by C. Drew at 12:47 p.m. on 21 September 1995 indicates B/P of 146/110.  The copy of FHR which exist in Court as presented by defendants entirely lacks the time 12:47p.m.  *It has never been explained by defense why this time does not exist.*

m. The copy of FHR supplied to Court by defense contains only **six** sections during the time from 12:39 p.m. to 12:49p.m.  This time consists of **ten** minutes and the FHR should hold **ten** not **six** corresponding sections.

n. Other discrepancies in the FHR form microfiche were addressed in the affidavits of plaintiffs' experts L. Taylor and J. Hicks.

o. The nurse C. Dew did not print summary of delivery of Grace Szwedo on FHR which was violation of Columbia Hospital Policy.  In addition without printing summary is easier to fabricate document.

Henryk Szwedo reconstructed only one page from the fabricated copy of FHR and wanted to present it as *part* of the original.  He did so aided by his memory of the events that took place at that time on 21 September 1995.  The pages matched perfectly, as did his memory.  However, the inconsistencies which still exist on the microfiche copy of FHR filed to the Court by defendants cannot be explained; they are exist on *many* pages. The diamonds indicate B/P on the copy of FHR could be moved anywhere.

Plaintiffs also believe that they were discriminated during the process of litigation based on their native origin.  Grace Szwedo, as a disabled and incompetent citizen, requested legal counsel several times, as required by Rule 16-13-220.  This request was never granted.

All defendants committed civil and criminal offenses, resulting in a conspiracy. According to federal law, RICO rules have been violated.

Considering the arguments made above, plaintiffs demand the right to a federal Jury Trial and further request punitive damages and loss of future income for Grace Szwedo due to her disability.  Plaintiffs ask the Court to appoint Legal Counsel for two reasons: incompetence of Grace Szwedo and extremely low income of her family.  For over six years we are waiting for justice no for revenge.  The local authorities ignored every fact and evidence presented by plaintiffs.  The money are above all and justice does not exist for little in our Country.  It is time to take action in this country to achieve justice for all; otherwise, our democracy will turn into a dictatorial system.  The barbaric methods used by some judges and many attorneys must stop.

*Grace Szwedo*

Grace Szwedo                    and                    Henryk Szwedo

12605 Pleasant View Dr. Little Rock, Arkansas 72212

(501) 227-0939

## Certificate of Service

I hereby certify that copies of the foregoing have been mailed to the following on this _____ day of September, 2001.

Mr. Tim Boone
Huckaby, Manson, Rowlet & Tilly, P.A.
400 West Capitol, Suite 1900
Little Rock, Arkansas 72201

Mr. M. Huckaby Sr.
Huckaby, Manson, Rowlet & Tilly, P.A.
400 West Capitol, Suite 1900
Little Rock, Arkansas 72201

Colombia Doctors Hospital and was known as Columbia Health System of Arkansas.

Dr. D.B. Allen , Women Clinic at Little Rock, Arkansas.

Dr. O.Edge Saline Memorial Hospital Saline County , Arkansas.

C. Drew , former employee of Columbia Doctors Hospital.

Delorise Kocher, Midsouth Microfilm Service, Inc. of  Little Rock, and Mayflowers, Arkansas.